**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7300**

MUHIDIN SALAD OMAR,

Plaintiff - Appellant,

v.

JOHN C. GARDNER, Attorney at Law,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:23-cv-00057-AWA-LRL)

Submitted:  April 18, 2024                                Decided:  April 22, 2024

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Muhidin Salad Omar, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muhidin Salad Omar appeals the district court's order dismissing his complaint filed pursuant to *Bivens v. Six Unknown Named Agens of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), under 28 U.S.C. § 1915(e)(2). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Omar v. Gardner*, No. 2:23-cv-00057-AWA-LRL (E.D. Va. Nov. 28, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*